William J. Haynes, Jr.
United States District Judge

Office: (615) 736-7217
Fax: (615) 736-5285

August 25, 2004

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle
Washing, D.C. 20544

Dear Judge Lisi:

This letter responds to your letter of July 27, 2004 for information for Part VII of my 2003 report concerning my co-guardianship for a family member. Your letter stated that I can respond by letter.

The assets and income for this guardianship are as follows:

1. A monthly benefit from the Public Employees Retirement Fund of Nevada that had a gross income for Column B at the end of the reporting year at Income Code E, $15,001 to 50,000 that is dividend or interest, but I am not certain. I do not know the Gross Value for Column C.

2. A monthly benefit form the Southern Nevada Culinary and Bartender's Fund that had a gross income for Column B at the end of the reporting year at Income Code B, $1,000 to $2,500 that is dividend or interest, but I am not certain. I do not know the Gross Value for Column C.

3. A monthly Social Security benefit that had a gross income for Column B at the end of the reporting year at Income Code E, $15,001 to 50,000 that is dividend or interest, but I am not certain . I do not know the Gross Value for Column C.

4. A personal residence in Clark County, Nevada that in 2003 for Column C at the end of the reporting period had a value Code L, $50,000 to $100,000 with a Value Code Q that is based upon the last appraisal. The residence did not have any income and remained in need of repairs.

5. ▮▮▮▮▮▮▮▮ acres in Bastrop County, Texas that for the end of the reporting year had a value code M, $100,000 to 250,000 based upon the Value Method Code Q, a tax appraisal by county authorities. The title to this property has my family member and a relative as co-owners and there is a trust agreement that covers this property. To my knowledge, the

trust is inactive and there was no income to the guardianship for the reportable year.

6.     The total value code for the guardianship for the reporting year is Code M, $100,001 to 250,000.

At a staff member's request, I inform the Committee that the family member for this guardianship died in early January of this year.

I had reported this co-guardianship for the past several years without inquiry. I did not believe these matters to be reportable. Prior to my filing of the 2003 report, I spoke with a member of the Committee staff as to whether the above information was reportable and was advised that the information did not have to be reported. If the Committee has any questions or needs additional information, please do not hesitate to contact me.

I thank the Committee for its letter.

Sincerely,

William J. Haynes, Jr.
(615) 736-7217

| AO-10 (WP) |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization U.S. District Court Middle District of Tennessee | 3. Date of Report 5-14-04 |
| --- | --- | --- |
| HAYNES, William J. Jr. | | |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge – Active Status | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial _X_ Annual ___ Final | 6. Reporting Period January 1, 2003 to December 31, 2003. |
| --- | --- | --- |

| 7. Chambers or Office Address U.S. Cthse A-845, 8th Ave N. Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
| --- | --- |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| [ ] NONE (No reportable positions.) | |
| 1 Co-Guardian | ██████ Member |
| 2 Adjunct Professor of Law | Vanderbilt University School of Law |
| 3 Judge, Awards Committee | Hands on Nashville - Mary Catherine Strobel Volunteers of the Year Awards |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| [ ] NONE (No reportable agreements.) | |
| 1 2002 | Vanderbilt University School of Law - to teach trial |
| 2 | advocacy in the Spring 2003 Semester, for $2,100. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
| --- | --- | --- |

A. Filer's Non-Investment Income

| | | |
| --- | --- | --- |
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2003 | Vanderbilt University School of Law | $2,100 |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
| --- | --- |
| [X] NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED May 17 1 23 PM '04

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Sallie Mae | College Loan | K |
| 2 | Sallie Mae Services | College Loans | L |
| 3 | American Express | Credit Card | J |
| 4 | Citibank | College Loans | K |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAYNES, William J. Jr. | 5-14-04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☒ NONE (No reportable income, | | | | | | | | | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | = | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date   5/14/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544